**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RAFIYQ DAVIS,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-7410** |
| | : | |
| **JUDGE FRANK PALUMBO, *et al.*** | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 19th day of October, 2026, upon consideration of Rafiyq Davis's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. Davis's Complaint is **DISMISSED WITHOUT PREJUDICE**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). The dismissal is without prejudice to Davis filing a new case only in the event his underlying conviction is reversed, vacated, or otherwise invalidated.

4. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

Kai N. Scott

**KAI N. SCOTT, J.**